ERIC GRANT
United States Attorney
LUKE BATY
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-po-00270-CDB |
| Plaintiff, | [Citation #E1919044, #E1919045,  #E1919046] |
| v. | |
| MICHAEL V. GREENE, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Luke Baty, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00270-CDB [Citation #E1919044,  #E1919045, #E1919046] against MICHAEL V. GREENE, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: January 15, 2026                   Respectfully submitted,

ERIC GRANT
United States Attorney

By:    /s/ *Luke Baty*
          LUKE BATY
          Assistant United States Attorney

1

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:25-po-00270-CDB [Citation # E1919044,  #E1919045,  #E1919046,] against MICHAEL V. GREENE be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **January 15, 2026**                                

UNITED STATES MAGISTRATE JUDGE

2

U.S. v. Greene
Case No. 5:25-po-00270-CDB